PS 42
(Rev 07/93)
# United States District Court

## Eastern District of Washington

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| **John Tannehill** | ) | Case No. 2:06CR00060-001-EFS |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, John Tannehill, have discussed with Matthew Thompson, Pretrial Services/Probation Officer, modification of my release as follows:

Removal of pretrial condition number 13: Defendant shall submit to electronic home monitoring/detention.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  11/14/06       _____  11/14/06
Signature of Defendant         Date        Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____        11/14/06
Signature of Defense Counsel         Date

[X] The above modification of conditions of release is ordered, to be effective on 11-14-06.

[ ] The above modification of conditions of release is <u>not</u> ordered.

_____        11-14-06
Signature of Judicial Officer         Date